DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

RIGGS v. FOSTER & CO. and HILL v. FOSTER & CO.

No. 11 PC.

Case below: 24 N.C. App. 377.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1975.

SERVICE STATIONS v. PRESSLEY

No. 25 PC.

Case below: 24 N.C. App. 586.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1975.

STATE v. BROOKS

No. 76.

Case below: 24 N.C. App. 338.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question denied 21 March 1975.

STATE v. GARNETT

No. 111.

Case below: 24 N.C. App. 489.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 17 April 1975.

STATE v. GUNN

No. 27 PC.

Case below: 24 N.C. App. 561.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1975.